IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | **SEALED** |
| --- | --- | --- |
| v. | § § § § | No. 4:18CR46<br>Judge Crone |
| CRISTIAN MENDOZA (16) | § | |

FILED NOV 15 2018 Clerk, U.S. District Court Texas Eastern

## FOURTH SUPERSEDING INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## Count One

Violation: 21 U.S.C. § 846 (Conspiracy
to Possess with the Intent to Manufacture
and Distribute Methamphetamine)

That from sometime in or about January 2016, and continuously thereafter up to and including November 15, 2018, in the Eastern District of Texas and elsewhere,



**Cristian Mendoza**

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly

and intentionally possess with the intent to manufacture and distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual), a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

### Count Two

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Distribute Heroin)

That from sometime in or about January 2016, and continuously thereafter up to and including November 15, 2018, in the Eastern District of Texas and elsewhere,



**Cristian Mendoza**

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

## Count Three

Violation: 18 U.S.C. § 924(c)<br>(Possession of a Firearm in Furtherance<br>of a Drug Trafficking Crime)

On or about October 9, 2018, within the Northern District of Texas, **Cristian Mendoza**, defendant, did knowingly possess firearms, namely, a Ruger semi-automatic 9mm handgun, serial number 213-91160 and a Springfield semi-automatic .40 caliber handgun, serial number MG174539, in furtherance of a drug trafficking crime for which they may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to manufacture and distribute methamphetamine and heroin.

In violation of 18 U.S.C. § 924(c).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Fourth Superseding Indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses, including but not limited to the following:

$10,401.00 in U.S. currency seized from **Cristian Mendoza**;

Ruger semi-automatic 9mm handgun, serial number 213-91160 seized from **Cristian Mendoza**;

Springfield semi-automatic .40 caliber handgun, serial number MG174539 seized from **Cristian Mendoza**;

Glock Model 11, .40 caliber pistol, serial number GSR865 seized from ███████ ███████████;

Zastava PAP M92PV, 7.62 caliber pistol, serial number M92PV052110 with magazine seized from ███████████████████;

Matrix Aerospace Corp AK-47 rifle, serial number 556-07553 seized from ███████████████████;

$10,322 in U.S. currency seized from ███████████;

$124,052 in U.S. currency seized from ███████████████;

Glock 17, Serial Number TRS121 seized from ███████████████;

Glock magazines (3) seized from ███████████████

9mm drum seized from ███████████████;

Pistol light seized from ███████████████;

108 rounds of 9mm ammunition seized from ███████████████; and

2 rounds of .40 ammunition seized from ███████████████.

A TRUE BILL

_____
GRAND JURY FOREPERSON


JOSEPH D. BROWN
UNITED STATES ATTORNEY


_____    11/15/18
ERNEST GONZALEZ              Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | **SEALED** |
| --- | --- | --- |
| | § | |
| v. | § | No. 4:18CR46 |
| | § | Judge Crone |



CRISTIAN MENDOZA (16)

**Count One**

Violation: 21 U.S.C. § 846

Penalty: If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual) -- not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment: $100.00

## Count Two

Violation: 21 U.S.C. § 846

Penalty: If 1 kilogram or more of a mixture or substance containing a detectable amount of heroin -- not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment: $100.00

## Count Three

Violation: 18 U.S.C. § 924(c)

Penalty: Imprisonment for not less than five years to be served consecutively to any other term of imprisonment, a fine not to exceed $250,000.00, or both; a term of supervised release of not more than three years.

Special Assessment: $100.00