IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:18CR46 |
| | § | Judge Crone |
| CRISTIAN MENDOZA (16) | § | |

## FACTUAL BASIS

The defendant, **Cristian Mendoza**, hereby stipulates and agrees that at all times relevant to the Fourth Superseding Indictment herein, the following facts were true:

1. That the defendant, **Cristian Mendoza**, who is changing his plea to guilty, is the same person charged in the Fourth Superseding Indictment.

2. That the events described in the Fourth Superseding Indictment occurred in the Eastern District of Texas and elsewhere.

3. That **Cristian Mendoza** and one or more persons in some way or manner made an agreement to commit the crime charged in Count One of the Fourth Superseding Indictment, to knowingly and intentionally possess with the intent to manufacture and distribute 45 kilograms or more of a mixture or substance containing a detectable amount of methamphetamine or 4.5 kilograms or more of methamphetamine (actual).

4. That **Cristian Mendoza** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

5. That **Cristian Mendoza** knew that the amount involved during the term of the conspiracy involved 45 kilograms or more of a mixture or substance containing a detectable amount of methamphetamine or 4.5 kilograms or more of methamphetamine

(actual). This amount was involved in the conspiracy after the defendant entered the conspiracy, was reasonably foreseeable to the defendant, and was part of jointly undertaken activity.

6. That **Cristian Mendoza**'s role in this conspiracy was to supply co-conspirators with kilogram quantities of methamphetamine from various sources, which was imported from Mexico, which would then be distributed to other co-conspirators and co-defendants during the term of the conspiracy in the Eastern and Northern Districts of Texas.

7. ~~That **Cristian Mendoza**'s was a leader/organizer of the criminal activity that involved five or more participants.~~ *(struck through, initialed OU CM)*

8. ~~That **Cristian Mendoza** possessed firearms at the time of the offense.~~ *(struck through, initialed OU CM)*

7. 9. That **Cristian Mendoza** maintained a premises for the purpose of manufacturing or distributing methamphetamine. *(initialed OU CM WT)*

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

8. 10. I have read this Factual Basis and the Fourth Superseding Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts. *(initialed OU CM WT)*

Dated: 12 March 2019

_____
CRISTIAN MENDOZA
Defendant

Factual Basis – Page 2

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

*[handwritten margin notes: "OM", "CM", "WT"]*

q. H.   I have read this Factual Basis and the Fourth Superseding Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Fourth Superseding Indictment.

Dated: 17 March 2019

_____
CHRISTOPHER MULDER
Attorney for the defendant

Factual Basis – Page 3