MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District: Eastern District of Texas |
|---|---|
| Name (under which you were convicted): Cristian Mendoza | Docket or Case No.: 4:18-CR-00046-016 |
| Place of Confinement: F.C.I Pollock LA | Prisoner No.: 28120-078 |
| UNITED STATES OF AMERICA v. | Movant (include name under which convicted): Cristian Mendoza |

**FILED JUN 10 2021 U.S. District Court Eastern District of Texas**

MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging: The United States District Court for the Eastern District of Texas

   (b) Criminal docket or case number (if you know): 4:18-CR-00046-016

2. (a) Date of the judgment of conviction (if you know): November 15, 2018
   (b) Date of sentencing: _____

3. Length of sentence: 420 months

4. Nature of crime (all counts): Conspiracy to possess with intent to Manufacture and distribute Methamphetamine

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☒   (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)  Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?   Yes [X]   No [ ]

9. If you did appeal, answer the following:
   (a) Name of court: _Fifth Circuit Court of Appeals_
   (b) Docket or case number (if you know): _19-04834_
   (c) Result: _Affirmed_
   (d) Date of result (if you know): _March 2020_
   (e) Citation to the case (if you know): ____
   (f) Grounds raised: _Guilty plea was entered involuntary_

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes [ ]   No [X]
   If "Yes," answer the following:
   (1) Docket or case number (if you know): ____
   (2) Result: _N/A_
   (3) Date of result (if you know): ____
   (4) Citation to the case (if you know): ____
   (5) Grounds raised:

   _N/A_

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes [ ]   No [X]

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: ____
        (2) Docket or case number (if you know): _N/A_
        (3) Date of filing (if you know): ____

Page 3 of 13

(4) Nature of the proceeding: _____
(5) Grounds raised:

N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
    Yes [ ]    No [X]
(7) Result: _____
(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:
    (1) Name of court: _____
    (2) Docket of case number (if you know): _____
    (3) Date of filing (if you know): N/A
    (4) Nature of the proceeding: _____
    (5) Grounds raised:

N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
    Yes [ ]    No [X]
(7) Result: _____
(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1) First petition:    Yes [ ]    No [X]
    (2) Second petition:   Yes [ ]    No [X]

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

N/A

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

GROUND ONE: _Ineffective Assistance of Counsel_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_Please see Memorandum Brief_

(b) Direct Appeal of Ground One:
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes [ ]   No [X]
  (2) If you did not raise this issue in your direct appeal, explain why:

_Ineffective Assistance of Counsel cannot be addressed_

(c) Post-Conviction Proceedings:
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes [ ]   No [X]
  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed:
  _____
  Docket or case number (if you know): _N/A_
  Date of the court's decision: _N/A_
  Result (attach a copy of the court's opinion or order, if available):
  _____

  (3) Did you receive a hearing on your motion, petition, or application?
      Yes [ ]   No [X]

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐ No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____ N/A _____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____ N/A _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND TWO: _Prosecutorial Misconduct_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Please see Memorandum Brief

(b) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

Ineffective Assistance of counsel

(c) Post-Conviction Proceedings:

  (1) Did you raise this issue in any post-conviction motion, petition, or application?
  Yes ☐    No ☒

  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: N/A
  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know): N/A
  Date of the court's decision:
  Result (attach a copy of the court's opinion or order, if available):

  (3) Did you receive a hearing on your motion, petition, or application?
  Yes ☐    No ☒

  (4) Did you appeal from the denial of your motion, petition, or application?
  Yes ☐    No ☒

  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
  Yes ☐    No ☒

  (6) If your answer to Question (c)(4) is "Yes," state:
  Name and location of the court where the appeal was filed:

  Docket or case number (if you know): N/A
  Date of the court's decision:
  Result (attach a copy of the court's opinion or order, if available):

  (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

  N/A

GROUND THREE: _____ N/A _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) Direct Appeal of Ground Three:
    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐    No ☐
    (2) If you did not raise this issue in your direct appeal, explain why: N/A

(c) Post-Conviction Proceedings:
    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☐    No ☐
    (2) If you answer to Question (c)(1) is "Yes," state:
Type of motion or petition: _____
Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____ N/A _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ☐    No ☐
    (4) Did you appeal from the denial of your motion, petition, or application? N/A
        Yes ☐    No ☐
    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): N/A
Date of the court's decision: N/A
Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

GROUND FOUR: N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) Direct Appeal of Ground Four:
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐   No ☐   N/A
   (2) If you did not raise this issue in your direct appeal, explain why:

(c) Post-Conviction Proceedings:
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐   No ☐   N/A
   (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _N/A_

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _N/A_

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): _N/A_

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_N/A_

13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_Prosectorial Misconduct_

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?    Yes ☐    No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
    (a) At the preliminary hearing:
    
    Christopher Douglas Mulder
    (b) At the arraignment and plea: 2001 Bryan Avenue
    
    LB 92
    (c) At the trial:
    
    Dallas Texas 75201
    (d) At sentencing:
    
    same
    (e) On appeal:
    
    same
    (f) In any post-conviction proceeding:
    
    N/A
    (g) On appeal from any ruling against you in a post-conviction proceeding:
    
    N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ☒
    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:
    
    (b) Give the date the other sentence was imposed:  N/A
    (c) Give the length of the other sentence:  N/A
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐    No ☒

Therefore, movant asks that the Court grant the following relief: <u>To vacate his sentence and allow for a new plea where the government does not dictate the outcome</u>
or any other relief to which movant may be entitled.

_____N/A_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on <u>June 1, 2021</u>.
(month, date, year)

Executed (signed) on _____[signature]_____ (date)

_____[signature]_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.