IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION



| | | |
|---|---|---|
| CRISTIAN MENDOZA,<br>(SPN # 28120-078) | § | **FILED**<br>**JUN 2 3 2025** |
| Movant, | § | CLERK, U.S. DISTRICT COURT<br>TEXAS EASTERN |
| VS. | § | Cr No. 4:18-cr-00046-SDJ-BD-16 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## REQUEST FOR STATUS ON MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(C)(1)(A) AND FIRST STEP ACT OF 2018

COMES Movant, CRISTIAN MENDOZA ("Mendoza"), appearing *pro se,* and

in support of this motion would show as follows:

## I. RELEVANT BACKGROUND

On November 25, 2024, Mendoza filed a Motion for Compassionate Release

Pursuant to 18 U.S.C. § 3582(C)(1)(A) and First Step Act of 2018 ("Motion for

Compassionate Release"). See Doc. 1310.[1]

---

[1]   "Doc." refers to the Docket Report in the United States District Court for the Eastern District of Texas, Sherman Division in Criminal No. 4:18-cr-00046-SDJ-BD-16, which is immediately followed by the Docket Entry Number.

1

## II. **REQUEST**

Since November 25, 2024, Mendoza's Motion for Compassionate Release has been pending in the Court. As such, the pleadings in this case have been completed for over six (6) months, and Mendoza has not been informed of any relevant disposition as to his Motion for Compassionate Release.

WHEREFORE, Mendoza respectfully requests a status report from the Court in this matter.

Respectfully submitted,

Dated: June 17, 2025

CRISTIAN MENDOZA
REG. NO. 28120-078
FCI POLLOCK
FEDERAL CORR. INSTITUTION
P.O. BOX 4050
POLLOCK, LA 71467
Appearing *Pro Se*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2025, I mailed a true and correct copy of the above and foregoing Request for Status on Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(C)(1)(A) and First Step Act of 2018 via U.S. Mail, postage prepaid, to Ernest Gonzalez, Assistant U.S. Attorney at U.S. Attorney's Office-Plano, 101 E. Park Blvd., Suite 500, Plano, TX 75074.

_____
CRISTIAN MENDOZA